■ In the Matter of MANOJ KUMAR D. PATEL, a Disbarred Attorney. [631 NYS2d 516] —Motion for reargument of an order

of this Court and for leave to appeal to the Court of Appeals denied in all respects, and petitioner's application for the imposition of sanctions against the respondent denied. No opinion. Concur—Sullivan, J. P., Rosenberger, Rubin, Asch and Williams, JJ.